■ NATIONAL ACADEMY OF TELEVISION ARTS & SCIENCES, Appellant, v ACADEMY OF TELEVISION ARTS & SCIENCES, Respondent. [874 NYS2d 912]—Appeal from an order, Supreme Court, New York County (Richard B. Lowe, III, J.), entered March 3, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., McGuire, DeGrasse and Freedman, JJ. [*See* 2008 NY Slip Op 30597(U).]